PD-1676&1677&1678 No. 2-14-00068-CR

RORY JONES     APPellant

VS.

THE STATE OF TEXAS,

       APPellee

IN THE COURT OF APPEALs SECOND DISTRICT TEXAS

RECEIVED IN COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

RECEIVED

DEC 1 9 2014

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

## APPELLANT'S MOTION TO EXTEND TIME TO FILE P.D.R.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

APPellant. RORY JONES, requests that the Court extend time to file his P.

### A. INtroduction

1. RORY JONES is the APPellant, The State of TEXAS (State) is the APPellee.

2. NO rule Limits the time within which to file this motion to extend. See Tex. R. APP. P. 38. 6(d).

3. APPellant requests an additional thirty (30) days To file APPellant's P.D.R. extending the time to January 20th 2015 However, the extension would continue on to January 20th 2015.

### B. Argument and Authorities

4. The Court may extend time to file the P.D.R. under the authority of Texas Rule of APPellate Procedure 38. 6(d).

5. APPellant's P.D.R. is Currently due on December 20th 2014.

Page 1 of 1.

6. APPellant now requests an additional thirty (30) days to file APPellant's P.D.R. extending the time until January 20th 2015. However, since this is the Holiday Season for Christmas, And all office in the Prison will be closed including the Law Library, APPellant requests additional time.

7. No Prior extension has been granted to APPellant to extend time to file APPellant P.D.R.

8. APPellant requests additional time to file his P.D.R. on the following grounds:

(a) APPellant Counsel Provided APPellant with a Copy of the Court's Opinion affirming the Case on Nov 21, 2014

(b) Counsel for APPellant fail to Provide Any information to APPellant Concerning the time fram for filing a P.D.R.

(c) APPellant recieved counsel letter on or about Nov. 25, 2014, during the reception of the letter the Wynne Unit was on administration Lock down that Lasted Until December 10th 2014.

Due Too the Facts as alleged above, the APPellant request additional time to file his P.D.R.

## C. Prayer

9. FOR these reasons, APPellant asks the Court to grant an extension of time to file his P.D.R. in this Cause to Jan. 20th, 2014, but since this is the Holiday Season, APPellant requests additional time, and for such other and further relief to which he may be entitled.

Respectfully Submitted,
Rory Jones

## Certificate of Service

I, Rory Jones, hereby Certify Under Penalty Of Perjury that a true and correct copy of the motion has been Provided to the Clerk of the Court of APPEAL Second District of Texas by Placing Said document in a Postage - Paid envelope and mailing Said envelope via United State. Mail this 18th day Of December 2014.

Rory Jones